**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| SAM KAZRAN, | : | |
| *Plaintiff*, | : | |
| | : | CIVIL ACTION |
| v. | : | NO. 19-5129 |
| | : | |
| STEVE SILVERIO, et al., | : | |
| *Defendants*. | : | |

**<u>ORDER - MEMORANDUM</u>**

AND NOW, this 27th day of October, 2020, upon consideration of Plaintiff's Motion to Remand (ECF No. 2), it is hereby ORDERED that said Motion is GRANTED WITHOUT PREJUDICE, and the above-captioned case shall be remanded to the Circuit Court of the Fourth Circuit of Florida.

The Clerk of Court shall CLOSE this case for statistical and all other purposes.

BY THE COURT:

*/s/ C. Darnell Jones, II*
C. DARNELL JONES, II      J.